**Motion Granted and Order filed March 29, 2012.**



In The

# Fourteenth Court of Appeals
_____

NO. 14-11-00663-CV
_____

**RICK BATY, Appellant**

**V.**

**BOWEN, MICLETTE & BRITT, INC., Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2007-38177**

---

## O R D E R

The reporter's record in this case was due September 27, 2011. *See* Tex. R. App. P. 35.1. On March 8, 2012, we granted appellant's motion to compel and ordered **Katherine Chargaris** to file her portion of the reporter's record in this appeal **on or before March 28, 2012. Katherine Chargaris** was informed that if she did not timely file her portion of the record as ordered, a show cause order would issue. On March 20, 2012, **Katherine Chargaris** filed a motion to extend time to file her portion of the record until April 20, 2012.

The court will delay ruling on the motion for extension of time until April 10, 2012. If the record is not filed on or before **10:00 am on April 10, 2012**, a show cause order will issue April 10, 2012, directing **Katherine Chargaris** to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered.   Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.